# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

The Estate of Vivian Maier

        Plaintiff,

v.                                                            Case No.: 1:17−cv−02951

                                                                     Honorable Sunil R. Harjani

Jeffrey Goldstein, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 21, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Motion hearing held via video conference. For the reasons stated on the record, Plaintiff's motion to reinstate [142] is granted only as to extend the deadline of the conversion of dismissal to with prejudice until 7/8/2024. Plaintiff's motion for entry of consent judgment is due 6/28/2024. Tracking status set for 7/2/2024 at 9:15 a.m. by telephone. However, the parties should email the Courtroom Deputy if the settlement terms are satisfied and the motion is unnecessary. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call−in number is (855) 244−8681 and the access code is 172 628 1276##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.